IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT N. JOHNSON, | ) | 2:09-cv-02051-GEB-DAD |
| | ) | |
|         Plaintiff, | ) | |
| | ) | ORDER TO SHOW CAUSE AND |
|     v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | |
| Folamar, Inc., individually and d/b/a Brothers Boats; 99 Home Center, G.P., | ) ) ) | |
| | ) | |
|         Defendants. | ) | |

        The October 7, 2009 Minute Order continued the previously scheduled Status (Pretrial Scheduling) Conference in this action to November 16, 2009, and required the parties to file a joint status report no later than fourteen days prior to the scheduling conference. No status report was filed as ordered.

        Plaintiff is Ordered to Show Cause ("OSC") in a writing to be filed no later than 4:00 p.m. on January 19, 2009 why sanctions should not be imposed against him under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely status report. If a hearing is requested, it will be held on February 1, 2009, at

//
//
//

9:00 a.m., just prior to the status conference, which is rescheduled to that date.  A status report shall be filed no later than fourteen days prior to the status conference.

IT IS SO ORDERED.

Dated:  November 10, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge